IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATITUS ROMALE MENYWEATHER, | 4:17CV3040 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| DOSSOU, Officer, Corpal; | |
| Defendant. | |

Defendant Edwin Dossou, through counsel, requests to seal Filing Number 30 and the attached exhibits which were filed with the court on January 5, 2018, because Defendant's counsel mistakenly included as Exhibit 8 a confidential Operational Memorandum of the Nebraska Department of Correctional Services. (Filing No. 31.)  Counsel for Defendant has already refiled the Exhibit Index, omitting Exhibit 8.  (*See* Filing No. 32.)

IT IS ORDERED that: Defendant's Motion to Seal (Filing No. 31) is granted.

Dated this 10th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge