IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATITUS ROMALE MENYWEATHER,<br><br>               Plaintiff,<br><br>    vs.<br><br>DOSSOU, Officer, Corpal;<br><br>               Defendant. | 4:17CV3040<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court for case management. In light of the pending and unopposed Motion for Summary Judgment ([Filing No. 28](#)) which the court now considers submitted for decision,

      IT IS ORDERED that:

      1.    The dates contained in the Order Setting Schedule for Progression of Case ([Filing No. 20](#)) regarding preparation of the Final Pretrial Conference Order and the Pretrial Conference are stayed until the court resolves Defendant's Motion for Summary Judgment ([Filing No. 28](#));

      2.    The Final Pretrial Conference scheduled for April 5, 2018, is continued until further order of the court; and

      4.    The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

Dated this 23rd day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge